**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cleanco Carpet, Window & Air Duct Cleaning, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1682289** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**901 E 2nd Ave., STE 206**<br>**Spokane, WA 99202**<br>Number, Street, City, State & ZIP Code<br><br>**Spokane**<br>County | **Mailing address, if different from principal place of business**<br><br>**505 N. Bowdish Rd.**<br>**Spokane, WA 99206**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**16017 E Trent Ave., STE 102 Spokane, WA 99216**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://cleanco-wa.com/** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

26-00422-FPC11 Doc 1 Filed 03/10/26 Entered 03/10/26 16:16:39 Pg 1 of 13

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
        **5617**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

26-00422-FPC11    Doc 1    Filed 03/10/26    Entered 03/10/26 16:16:39    Pg 2 of 13

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

---

### ▮   Statistical and administrative information

**13.** **Debtor's estimation of available funds**

  .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

26-00422-FPC11    Doc 1    Filed 03/10/26    Entered 03/10/26 16:16:39    Pg 3 of 13

☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

26-00422-FPC11   Doc 1   Filed 03/10/26   Entered 03/10/26 16:16:39   Pg 4 of 13

| Debtor | Cleanco Carpet, Window & Air Duct Cleaning, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 10, 2026**
MM / DD / YYYY

**X** **/s/ Craig Elmblad**
Signature of authorized representative of debtor

**Craig Elmblad**
Printed name

Title **Member**

**18. Signature of attorney**

**X** **/s/ Steven M. Palmer**
Signature of attorney for debtor

Date **March 10, 2026**
MM / DD / YYYY

**Steven M. Palmer 48823**
Printed name

**Cairncross & Hempelmann, P.S.**
Firm name

**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**
Number, Street, City, State & ZIP Code

Contact phone **206-587-0700**   Email address **spalmer@cairncross.com**

**48823 WA**
Bar number and State

26-00422-FPC11   Doc 1   Filed 03/10/26   Entered 03/10/26 16:16:39   Pg 5 of 13

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cleanco Carpet, Window & Air Duct Cleaning, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Arvest Equipment Finance PO Box 799 Lowell, AR 72745** | | **2023 Chevrolet Express Cargo - VIN ending 9450** | | **$89,764.66** | **$35,000.00** | **$54,764.66** |
| **Arvest Equipment Finance PO Box 799 Lowell, AR 72745** | | **2023 Isuzu NPR-HD - VIN ending 4712** | | **$93,050.93** | **$40,000.00** | **$53,050.93** |
| **Arvest Equipment Finance PO Box 799 Lowell, AR 72745** | | **Trailers & Equipment (2025 Look K-DXC - Value = $8250; 2025 EZ Hauler EZEC - Value = $8,625; 2024 Criterion CT6123N - Value = $3,825; 2025 Landa MHC4** | | **$117,923.58** | **$78,042.03** | **$39,881.55** |
| **Arvest Equipment Finance PO Box 799 Lowell, AR 72745** | | **2019 Ford Transit Box Truck - VIN ending 9054** | | **$47,010.34** | **$25,000.00** | **$22,010.34** |
| **Aspire Funding 50 Tice Blvd Woodcliff Lake, NJ 07677** | | **Merchant Cash Advance Loan** | | | | **$88,507.04** |
| **Blue Bridge Capital 11921 Freedom Dr, Ste 1130 Reston, VA 20190** | | **2025 Dodge Ram 1500 - VIN ending 2866 (possible surrender)** | | **$101,745.13** | **$75,000.00** | **$26,745.13** |
| **Byzfunder 530 7th Ave, Fl M1 New York, NY 10018** | | **Merchant Cash Advance Loan** | | | | **$56,504.57** |

26-00422-FPC11    Doc 1    Filed 03/10/26    Entered 03/10/26 16:16:39    Pg 6 of 13

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase Bank Cardmember Service<br>PO Box 15298<br>Wilmington, DE 19850-5298** | | **Credit Card** | | | | $40,867.76 |
| **Fenix Capital Funding<br>9265 4th Ave, 2nd Floor<br>Brooklyn, NY 11209** | | **Merchant Cash Advance Loan** | | | | $65,249.97 |
| **FundPro Solutions<br>651 N Broad St, Ste 201<br>Middletown, DE 19709** | | **Merchant Cash Advance Loan** | | | | $40,000.00 |
| **Newtek Bank<br>1410 Commonwealth Dr, Ste 201A<br>Wilmington, NC 28403** | | **Line of Credit** | | | | $124,991.95 |
| **Rapid Finance<br>4500 East West Highway, 6th FL<br>Bethesda, MD 20814** | | **Merchant Cash Advance Loan** | | | | $120,831.00 |
| **STCU<br>PO Box 1954<br>Spokane, WA 99210-1954** | | **Line of Credit** | | | | $24,995.22 |
| **STCU<br>PO Box 1954<br>Spokane, WA 99210-1954** | | **Credit Card** | | | | $24,329.86 |
| **Targeted Lender<br>5500 Main St, Ste 300<br>Williamsville, NY 14221** | | **2025 Dodge Ram 2500 ProMaster - VIN ending 0698** | | $117,775.06 | $40,000.00 | $77,775.06 |
| **UFCE<br>2999 NE 191st St, Unit 901<br>Miami, FL 33180** | | **Merchant Cash Advance Loan** | | | | $111,334.11 |
| **US SBA<br>409 3rd St, SW.<br>Washington, DC 20419** | | **All Business Assets** | | $500,023.00 | $0.00 | $500,023.00 |
| **US SBA<br>409 3rd St, SW.<br>Washington, DC 20419** | | **All Business Assets** | | $355,855.52 | $0.00 | $355,855.52 |

26-00422-FPC11   Doc 1   Filed 03/10/26   Entered 03/10/26 16:16:39   Pg 7 of 13

Debtor **Cleanco Carpet, Window & Air Duct Cleaning, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **US SBA 409 3rd St, SW. Washington, DC 20419** | | **All Business Assets** | | **$224,184.48** | **$0.00** | **$224,184.48** |
| **US SBA 409 3rd St, SW. Washington, DC 20419** | | **All Business Assets** | | **$124,991.96** | **$0.00** | **$124,991.96** |

<div align="center">

# United States Bankruptcy Court
## Eastern District of Washington

</div>

In re    **Cleanco Carpet, Window & Air Duct Cleaning, LLC**      Case No.       

<div align="right" style="margin-right:40%">Debtor(s)      Chapter    **11**</div>

<div align="center">

# VERIFICATION OF CREDITOR MATRIX

</div>

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **March 10, 2026**             **/s/ Craig Elmblad**

                                        **Craig Elmblad**/**Member**

                                        Signer/Title

Cleanco Carpet, Window & Air Duct Cleani
505 N. Bowdish Rd.
Spokane, WA 99206


Steven M. Palmer
Cairncross & Hempelmann, P.S.
524 Second Avenue
Suite 500
Seattle, WA 98104


Ally
PO Box 660109
Dallas, TX 75266-0109


American Express
P.O. Box 981535
El Paso, TX 79998


Arvest Equipment Finance
PO Box 799
Lowell, AR 72745


Aspire Funding
50 Tice Blvd
Woodcliff Lake, NJ 07677


Blue Bridge Capital
11921 Freedom Dr, Ste 1130
Reston, VA 20190


Bowdish RV Storage (Kancor LLC)
503 N Bowdish Rd
Spokane Valley, WA 99206

Byzfunder
530 7th Ave, Fl M1
New York, NY 10018


Chase Bank
Cardmember Service
PO Box 15298
Wilmington, DE 19850-5298


Craig & Susan Elmblad
505 N Bowdish Rd
Spokane Valley, WA 99206


Fenix Capital Funding
9265 4th Ave, 2nd Floor
Brooklyn, NY 11209


FundPro Solutions
651 N Broad St, Ste 201
Middletown, DE 19709


Internal Revenue Services
Centralized Insolvency Op.
PO Box 7346
Philadelphia, PA 19101-7346


Kiemle Hagood
601 W Main Ave, Ste 400
Spokane, WA 99201


Newtek Bank
1410 Commonwealth Dr, Ste 201A
Wilmington, NC 28403

Pacific Valley Properties LLC
603 W 3rd Ave
Spokane, WA 99201


Rapid Finance
4500 East West Highway, 6th FL
Bethesda, MD 20814


STCU
PO Box 1954
Spokane, WA 99210-1954


Stellantis Financial Services
PO Box 205749
Dallas, TX 75320-5749


Targeted Lender
5500 Main St, Ste 300
Williamsville, NY 14221


UFCE
2999 NE 191st St, Unit 901
Miami, FL 33180


US Bank
PO Box 6353
Fargo, ND 58125-6353


US SBA
409 3rd St, SW.
Washington, DC 20419


WA Dept of Labor & Industries
PO Box 44171
Olympia, WA 98504

WA Employment Security Dept.
P.O. Box 9046
Olympia, WA 98507-9046


WA State Dept. of Revenue
Bankruptcy/Claims Unit
2101 4th Ave #1400
Seattle, WA 98121


Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293